IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT F. GEORGE, | ) | |
| Petitioner | ) | 2:07cv1543 |
| | ) | Electronic Filing |
| vs. | ) | |
| | ) | Judge Cercone/ |
| THE DISTRICT ATTORNEY OF | ) | Magistrate Judge Hay |
| WASHINGTON COUNTY, | ) | |
| Respondent | ) | |

## MEMORANDUM ORDER

On November 13, 2007, this matter was transferred to the District Court for the Western District of Pennsylvania from the District Court for the Northern District of West Virginia. (See Doc. 14 Attachment 1), and, on April 11, 2008, was referred to United States Magistrate Judge Amy Reynolds Hay for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On April 28, 2008, the magistrate judge issued a Report and Recommendation (Doc. 19) recommending that the District Court dismiss the Petition for failure to prosecute. Service of the Report and Recommendation was made on all parties, with service made on Petitioner at his last known address. No objections were filed.

Following a review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 2nd day of May, 2008, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by Robert George ( See Doc. 14 Attachment 1) is DISMISSED for failure to prosecute.

The Report and Recommendation of Magistrate Judge Hay (Doc. 19) dated April 28, 2008 is hereby adopted as the opinion of the court.

*[signature]*

David Stewart Cercone
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Robert F. George
42370-1
Northern Regional Jail
Route 2, Box 1
Moundsville, WV 26041

Dawn E. Warfield, Esquire
Attorney General's Office
Charleston WV State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305-0220